FILED IN OPEN COURT
ON 4/21/2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-197-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| CORY DEAN MAIERITSCH | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about December 9, 2015, in the Eastern District of North Carolina, the Defendant, CORY DEAN MAIERITSCH, did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 21, United States Code, Section 853 all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offenses set forth in the Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the said offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said offense.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant --

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third party;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be divided without difficulty;

[Remainder of page intentionally left blank]

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 4/21/2020

ROBERT J. HIGDON, JR.
United States Attorney

By: *Robert J. Dodd for*
JAKE D. PUGH
Assistant United States Attorney
Criminal Division