IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00197-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CORY DEAN MAIERITSCH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of the United States to seal its Motion for Upward Departure in the above-referenced case. The filing contains sensitive and personal information concerning a Victim, and Victim's right to privacy outweighs the public's right to access the documents. For good cause shown, the Court GRANTS the United States' motion to seal. The government's Motion for Upward Departure is hereby ORDERED sealed until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and to Defendant.

SO ORDERED this 6 day of August, 2021.

JAMES C. DEVER III
United States District Judge