IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-00197-D-1

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| CORY DEAN MAIERITSCH | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall seal the victim impact statements, Docket Entry 58, filed as attachments to its Notice of Filing of Victim Impact Statements under Seal.

DONE AND ORDERED this 24 day of August, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE